**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WINNIE ROSALINE KAN,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-03022

Judge Jeffrey I. Cummings

Magistrate Judge Daniel P. McLaughlin

**<u>AMENDED SCHEDULE A TO COMPLAINT</u>**

| No. | Defendants |
|---|---|
| 1 | NIxux |
| 2 | YUN YI SHANG MAO |
| 3 | Longwuny |
| 4 | YangRichYang |
| 5 | foshanshicuipenggengshangmaoyouxiangongsi |
| 6 | TU KOI SHOP222222 |
| 7 | TangShanRenYingShangMao |
| 8 | BEIBEEe |
| 9 | liyanuq |
| 10 | VIỆT HOÀNG SHOP22334455 |
| 11 | TUẤN HUY KUNGFU BANDA TORO KIRISHY SHOP8885555 |
| 12 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 13 | TRANGSHOPBLILY |
| 14 | ZhuZhouXieSuShangMaoYouXianGongSi |
| 15 | wwensc |
| 16 | ZhuShiHuang2025 |
| 17 | 海冯边玩具 |
| 18 | GuangZhouJieQianMaoYiYouXianGongSi |
| 19 | WBBMXC |
| 20 | Beatri |
| 21 | Xueymao |
| 22 | LJLJ |
| 23 | XUEJUZI |
| 24 | mengjie2023008 |
| 25 | FNGEEN |
| 26 | WUUPCKY |

1

2

| 27 | Zhuoerfei |
|----|-----------|
| 28 | Liraitoya |
| 29 | Spmike Offsucc |
| 30 | ArRuKi KIDS |
| 31 | Hi LOONS |
| 32 | dioskk |
| 33 | Fannaeytu |
| 34 | Markioct |
| 35 | NONETH-US |
| 36 | Kensonstore |
| 37 | yongkangshishushidianzishanwuyouxiangongsi |
| 38 | chilaishangmao |
| 39 | Cuxnoo |
| 40 | SHXSTORE |
| 41 | NORKOBAY STORE |
| 42 | WCNMGBD |
| 43 | uimchwp |
| 44 | PhamTHuyS209 |
| 45 | HGold Store |
| 46 | dongguanshidashixincailiaokejiyouxiangongsi |
| 47 | 车贤饰内店 |
| 48 | LLIANHH |
| 49 | Tie Fa Shi Ye |
| 50 | hongfajiadian |