## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WINNIE ROSALINE KAN,

     Plaintiff,                                                    Case No.: 1:26-cv-03022

v.                                                                         Judge Jeffrey I. Cummings

THE PARTNERSHIPS AND UNINCORPORATED              Magistrate Judge Daniel P. McLaughlin
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

### SECOND AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | NIxux |
| 2 | YUN YI SHANG MAO |
| 3 | Longwuny |
| 4 | foshanshicuipenggengshangmaoyouxiangongsi |
| 5 | liyanuq |
| 6 | TUẤN HUY KUNGFU BANDA TORO KIRISHY SHOP8885555 |
| 7 | WBBMXC |
| 8 | Beatri |
| 9 | Xueymao |
| 10 | Zhuoerfei |
| 11 | Liraitoya |
| 12 | ArRuKi KIDS |
| 13 | Hi LOONS |
| 14 | dioskk |
| 15 | Fannaeytu |
| 16 | Markioct |
| 17 | NONETH-US |
| 18 | yongkangshishushidianzishanwuyouxiangongsi |
| 19 | chilaishangmao |
| 20 | SHXSTORE |
| 21 | NORKOBAY STORE |
| 22 | WCNMGBD |
| 23 | PhamTHuyS209 |
| 24 | dongguanshidashixincailiaokejiyouxiangongsi |
| 25 | hongfajiadian |