Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-706**
**Effective Date of Registration:**
May 02, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Pembroke Corgi

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 17, 2016
**Nation of 1st Publication:** Australia

## Author

- **Author:** Winnie Rosaline Kan
  **Author Created:** 2-D artwork
  **Citizen of:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Winnie Rosaline Kan
Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru, Sidoarjo, 61256, Indonesia

## Rights and Permissions

**Name:** Winnie Rosaline Kan
**Email:** pawlovearts@gmail.com
**Address:** Jl. Mangga II E 259B, Pondok Tjandra, Tambaksumur, Waru
Sidoarjo 61256 Indonesia

## Certification

**Name:** David Denholm
**Date:** May 02, 2025

**Applicant's Tracking Number:** WK2025050104

