**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WINNIE ROSALINE KAN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-03022

Judge Jeffrey I. Cummings

Magistrate Judge Daniel P. McLaughlin

**PLAINTIFF'S MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

This First Motion to Extend the Temporary Restraining Order ("TRO") is brought by Plaintiff, Winnie Rosaline Kan ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 65. This Court's Temporary Restraining Order issued on November 13, 2026 (Dkt. No. 33). Plaintiff subpoenaed the information regarding Defendants' identities from Defendants' service providers and Plaintiff is still waiting on the information to be produced. Plaintiff respectfully asks this Court to extend the TRO, until such time as Plaintiff obtains Defendants' identifying information from the subpoenaed parties and provides Defendants actual notice of this Court's TRO.

Plaintiff requests the extension of the TRO for the same reasons Plaintiff sought the TRO, specifically to ensure that Defendants do not modify registration data and content, change hosts, redirect traffic to other websites in their control, and move any assets from accounts in U.S.-based financial institutions to offshore accounts.

For all the foregoing reasons, Plaintiff respectfully requests this Court to extend its Temporary Restraining Order through and until December 11, 2026.

DATED: November 23, 2026

Respectfully submitted,

/s/ *Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 23, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt